Arthur Petrousian
California Bar No: 270358
apetrousian@forthepeople.com
**MORGAN & MORGAN**
633 W 5th St, Ste 2200
Los Angeles, CA, 90071-2041
T: (213) 787-8590

Attorneys for Plaintiff

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER VALENCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC, ONSTAR, LLC and LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:24-cv-02978-MEMF-AGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Christopher Valencia, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims in this action against Defendants General Motors, LLC, OnStar, LLC, and LexisNexis Risk Solutions, Inc.  The Plaintiff is entitled to make such dismissal as a matter of right because it is being filed "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted,

Dated:  January 6, 2025

By: */s/ John A. Yanchunis*
ARTHUR PETROUSIAN (SBN 270358)
*apetrousian@forthepeople.com*
**MORGAN & MORGAN**
633 W 5th Street, Ste 2200
Los Angeles, CA 90071-2041
T: (213) 787-8590

JOHN A. YANCHUNIS*
*jyanchunis@forthepeople.com*
RONALD PODOLNY*
*ronald.podolny@forthepeople.com*
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, FL 33602
T: (813) 223-5505
F: (813) 223-5402
*Pro Hac Vice forthcoming*

JOHN G. EMERSON*
*jemerson@emersonfirm.com*
**EMERSON FIRM, PLLC**

NOTICE OF VOLUNTARY DISMISSAL

2500 Wilcrest Drive, Suite 300
Houston, TX 77042-2754
T: (800) 551.8649
F: (501) 286.4659

*Pro Hac Vice*

Attorneys for Plaintiff
CHRISTOPHER VALENCIA

NOTICE OF VOLUNTARY DISMISSAL